CONNECTICUT TELEVISION, INC. *v.* PUBLIC UTILITIES COMMISSION ET AL.

The petition by Robert A. Beizer and Theodore A. Shmanda for leave to file a brief as amici curiae in the appeal from the Superior Court in Hartford County on the date the appellant's brief is due to be filed is granted.

*Robert A. Beizer* and *Theodore A. Shmanda,* on behalf of Broadcast-Plaza, Inc., in support of the petition.

*John L. Collins,* on behalf of the defendant Community Television System, Inc., et al., in opposition.

Submitted April 3—decided April 15, 1969

HOWARD W. SESSIONS *v.* ARTHUR S. SACHS ET AL.

The motion by the plaintiff to open the hearing on the taxation of costs in the appeal from the Superior Court in Hartford County is denied.

The motion by the plaintiff for this court to review the clerk's taxation of costs in the appeal from the Superior Court in Hartford County is denied.

*Howard W. Sessions,* pro se, in support of the motions.

Submitted April 7—decided April 15, 1969

THE FOXON CONCRETE COMPANY *v.* THE HARTFORD ACCIDENT AND INDEMNITY COMPANY

The motion by the plaintiff to revoke the stipulation in the appeal from the Superior Court in New Haven County is denied.

*Joseph Shelnitz,* in support of the motion.

*Philip R. Shiff,* in opposition.